1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   21800 Burbank Boulevard, Suite 310
3  Woodland Hills, California 91367
   Telephone: (818) 347-3333
4  Facsimile: (818) 347-4118

5  LAW OFFICE OF JOHN C. FATTAHI
   John C. Fattahi, Esq. (Bar No. 247625)
6  jfattahi@gmail.com
   1301 West Glenoaks Boulevard
7  Glendale, California 91201
   Telephone: (818) 839-1983
8  Facsimile: (818) 561-3600

9  *Attorneys for Plaintiff Stephany Borges*

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 | STEPHANY BORGES, individually and as successor-in-interest to Daren Borges, | Case No. 3:15-cv-00846
   |                                                                              |
   | Plaintiff,                                                                   | **SUCCESSOR-IN-INTEREST DECLARATION OF STEPHANY BORGES**
   |                                                                              |
   | vs.                                                                          | [CAL. CODE CIV. P. § 377.32]
   |                                                                              |
   | CITY OF EUREKA; MICHAEL STELZIG; BRYAN FRANCO; DRAKE GOODALE; COUNTY OF HUMBOLDT; SHERIFF MICHAEL DOWNEY; TIM HERSHBERGER; TERRI BITTNER; NANCY CORRAL; TIM HAMMER; LEO BASLER; JOSHUA CARDELL; KRISTINA LEWIS; ROSELIE FREIXAS; MICHAEL MENDIBURU; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California Corporation; and DOES 1-10, inclusive, |
   |                                                                              |
   | Defendants.                                                                  |

# SUCCESSOR-IN-INTEREST DECLARATION OF STEPHANY BORGES

I, Stephany Borges, do hereby declare as follows:

1. My name is Stephany Borges. I am a competent adult over the age of eighteen and the natural mother of the decedent. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. The decedent's name is Daren Ethan Borges.

3. The decedent died on June 13, 2014, in Eureka, California.

4. No proceeding is now pending in California for administration of the decedent's estate.

5. I am the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in this action or proceeding.

6. No other person has a superior right to commence the action or proceeding.

7. A true and correct copy of a certified copy of the decedent's death certificate is attached hereto as "**Exhibit A.**"

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24 day of February, 2015 at Albuquerque, New Mexico.

*Stephany Borges*
Stephany Borges

# Exhibit "A"

# CERTIFICATION OF VITAL RECORD

# COUNTY OF HUMBOLDT
## Eureka, California 95501

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052014115587
LOCAL REGISTRATION NUMBER: 3201412000607

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT – FIRST (Given): DAREN
- 2. MIDDLE: ETHAN
- 3. LAST (Family): BORGES
- AKA: REDACTED
- 4. DATE OF BIRTH: 1972
- 5. AGE: 42
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: REDACTED 7893
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: NEVER MARRIED
- 7. DATE OF DEATH: 06/13/2014
- 8. HOUR: 1634
- 13. EDUCATION: HS GRADUATE
- 14/15. HISPANIC/LATINO: NO
- 16. DECEDENT'S RACE: WHITE
- 17. USUAL OCCUPATION: NONE

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE: 1301 BROADWAY
- 21. CITY: EUREKA
- 22. COUNTY: HUMBOLDT
- 23. ZIP CODE: 95501
- 24. YEARS IN COUNTY: 20
- 25. STATE: CA

### INFORMANT
- 26. INFORMANT'S NAME/RELATIONSHIP: STEPHANY BORGES, MOTHER
- 27. ADDRESS: REDACTED, ALBUQUERQUE, NM 87107

### SPOUSE/PARENT INFORMATION
- 31. NAME OF FATHER/PARENT – FIRST: SANFORD
- 32. MIDDLE: IRWIN
- 33. LAST: WEISS
- 34. BIRTH STATE: NY
- 35. NAME OF MOTHER/PARENT – FIRST: STEPHANY
- 36. MIDDLE: P.
- 37. LAST (BIRTH NAME): BORGES
- 38. BIRTH STATE: CA

### FUNERAL DIRECTOR/LOCAL REGISTRAR
- 39. DISPOSITION DATE: 06/24/2014
- 40. PLACE OF FINAL DISPOSITION: RES: STEPHANY BORGES, REDACTED, ALBUQUERQUE, NM 87107
- 41. TYPE OF DISPOSITION(S): CR/TR/RES
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 44. NAME OF FUNERAL ESTABLISHMENT: HUMBOLDT CREMATION AND FUNERAL SERVICE, INC.
- 45. LICENSE NUMBER: FD1963
- 46. SIGNATURE OF LOCAL REGISTRAR: DONALD BAIRD, MD
- 47. DATE: 06/24/2014

### PLACE OF DEATH
- 101. PLACE OF DEATH: HOSPITAL
- 102. IF HOSPITAL, SPECIFY ONE: ER/OP
- 104. COUNTY: HUMBOLDT
- 105. FACILITY ADDRESS: 2700 DOLBEER
- 106. CITY: EUREKA

### CAUSE OF DEATH
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: PENDING INVESTIGATION
- 108. DEATH REPORTED TO CORONER?: YES
- REFERRAL NUMBER: C-109-14
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES
- 112. OTHER SIGNIFICANT CONDITIONS: PENDING INVESTIGATION
- 113. WAS OPERATION PERFORMED: NO

### PHYSICIAN'S CERTIFICATION
- 114-118: (blank)

### CORONER'S USE ONLY
- 119. MANNER OF DEATH: Pending Investigation
- 120. INJURED AT WORK?: NO
- 121. INJURY DATE: 06/13/2014
- 122. HOUR: 1634
- 123. PLACE OF INJURY: OTHER SPECIFIED PLACES
- 124. DESCRIBE HOW INJURY OCCURRED: PENDING INVESTIGATION
- 125. LOCATION OF INJURY: PENDING INVESTIGATION
- 126. SIGNATURE OF CORONER: DAVE PARRIS
- 127. DATE: 06/24/2014
- 128. TYPE NAME, TITLE: DAVE PARRIS, CORONER/PUBLIC ADM

*010001002669440*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Humboldt County Local Registrar.



DONALD I. BAIRD, M.D.
HEALTH OFFICER AND LOCAL REGISTRAR
HUMBOLDT COUNTY, CALIFORNIA



DATE ISSUED: JUL 1 0 2014

* 0 0 0 0 8 0 8 6 8 *



This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.