UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF EUREKA; et al., <br><br> Defendants. | Case No. CV 15-00846-YGR <br><br> **ORDER EXCUSING PLAINTIFF'S PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

### ORDER

Having considered the unopposed application of Plaintiff Stephany Borges, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

Plaintiff is excused from personally appearing at the Settlement Conference scheduled for October 16, 2015.  Plaintiff shall make herself available by telephone.

**IT IS SO ORDERED**.

Dated:  October 5, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge