JEROME M. VARANINI, ESQ. (State Bar No. 58531)
THE LAW OFFICES OF JEROME M. VARANINI
641 FULTON AVENUE, Suite 200
SACRAMENTO, CA (95825)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 993-4868

Attorney For Defendants
ROBERT EURY, ANN HAMPTON and CFMG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES, individually and as successor-in-interest to Daren Borges<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA, MICHAEL STELZIG; BRYON FRANCO; JOHN DRAKE GOODALE; COUNTY OF HUMBOLDT; SHERIFF MICHAEL DOWNEY; TIM HERSHBERGER; DAVID SWIM, TERRI BITTNER; TIM HAMMER; LEO BASLER; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, ROBERT EURY; ANN HAMPTON and DOES 1-10, inclusive;<br><br>        Defendants.<br>_____/ | CASE NO. 4:15-CV-00846<br><br>**UNOPPOSED APPLICATION OF DEFENDANTS CFMG, ET AL FOR PERMISSION TO APPEAR AT SETTLEMENT CONFERENCE BY PHONE AND PROPOSED ORDER**<br><br>Date: October 16, 2015<br>Time: 10:30<br>Judge: Nandor Vadas |

   Defendants hereby request permission from the court to allow the claims representative for these requesting defendants, Ms. Myrna Nieves, from Ironshore Insurance, located in Farmington, Connecticut, and the Vice President for CFMG, Mrs. Elaine Hustedt, from Monterey, to appear by telephone at the settlement conference set for October 16, 2015, with Hon. Nandor Vadas.

   Defendants have agreed that with the court's permission that

1

plaintiff may appear by phone and all counsel have agreed, again with court permission, that the CFMG representatives may also appear by phone.

Counsel for these requesting defendants will personally appear at the settlement conference. Defendants' representatives have participated in multiple prior settlement conferences in both the Northern District and Eastern District including approved appearances by phone.

Currently, defendants have recently received the results of vitreous fluid testing for level of methamphetamine in the decedent's body performed by experts retained by plaintiff's counsel; those results reflect a massive level of that drug in the decedent's system at the time of death. These new test results as well as the results of a review of all of the pertinent medical records, including the coroner's report and other records are under consultant review as well as multiple recent depositions that have recently been completed. The deposition of the plaintiff has been set, as a courtesy to her and her counsel, on October 7, 2015 in Oakland.

It is respectfully suggested that the representatives of defendants appearance by phone will not adversely effect the discussions by all parties and the input of the court.

Dated: October 2, 2015                    LAW OFFICES OF JEROME M. VARANINI

                                                     /S/ JEROME VARANINI
                                          By: Jerome M. Varanini
                                          Attorney For Defendants
                                          ROBERT EURY, ANN HAMPTON and CFMG

**[PROPOSED]** ORDER GRANTING DEFENDANTS' REQUEST FOR
TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE

The court having read and considered the request by defendants for permission to appear by phone at the settlement conference in this matter set for 10:30 a.m., October 16, 2015, in McKinleyville and finding good

cause, hereby grants permission for telephone appearances by Mrs. Elaine Hustedt and Ms. Myrna Nieves, the representatives of defendants.

Dated: 10/5/2015

_____
HON. NANDOR J. VADAS
Magistrate Judge