# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF EUREKA, *et al.*,<br><br>    Defendants. | Case No.: 15-cv-00846 YGR<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER; VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 42, 44 |

The Court is in receipt of the parties' proposed modifications to the scheduling order (Dkt. No. 42) and is willing to grant same. However, the parties are reminded that by postponing the filing of any dispositive motions, they may not have resolution of the same before their trial filings are due; nor will the Court continue their trial date. While the Court will accommodate the parties, they are encouraged to maintain the earlier schedule. The parties are further advised that *Daubert* motions are due at the same time as dispositive motions and do not qualify as motions in limine.

Accordingly, the scheduling order is now modified as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cut-Off | November 2, 2015 | **December 18, 2015** |
| Disclosure of Opening Experts | November 20, 2015 | **December 21, 2015** |
| Disclosure of Rebuttal Experts | December 18, 2015 | **January 29, 2016** |
| Expert Discovery Cut-Off | February 1, 2016 | **March 4, 2016** |
| Dispositive Motions to Be Heard by | March 1, 2016 | **May 3, 2016** |

Having reviewed the parties' Case Management Conference statement (Dkt. No. 43), no further issues need be addressed, and the Case Management Conference currently set for Monday November 9, 2015, is **VACATED.** The motion to appear by telephone (Dkt. No. 44) is **DENIED AS MOOT**.

This Order terminates Docket Nos. 42 and 44.

**IT IS SO ORDERED**.

Date: November 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California