UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANY BORGES, etc., | Case No. CV 15-00846-YGR |
|---|---|
| Plaintiff, | [Proposed] ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATIONS IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CITY OF EUREKA; et al., | |
| Defendants. | *AS MODIFIED BY THE COURT* |

### [Proposed] ORDER

Having considered Plaintiff's motion to exceed page limitation, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff may file a Responsive Separate Statement not to exceed 50 pages in length;
2. Plaintiff may file an Opposition memorandum not to exceed 35 pages in length; and
3. Defendants may file a Reply memorandum not to exceed 20 pages in length.

**IT IS SO ORDERED.**

DATED: April 11, 2016

HON. YVONNE GONZALEZ ROGERS
United States District Judge

Case No. CV 15-00846-YGR
ORDER