LAW OFFICES OF DALE K. GALIPO
  Dale K. Galipo (Bar No. 144074)
  dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
  John Fattahi, Esq. (Bar No. 247625)
  jfattahi@gmail.com
535 North Brand Boulevard, Suite 500
Glendale, California 91203
Telephone:   (818) 839-1983
Facsimile:    (818) 561-3600

*Attorneys for Plaintiff Stephany Borges*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANY BORGES, etc.,<br><br>            Plaintiff,<br><br>  vs.<br><br>CITY OF EUREKA; et al.,<br><br>            Defendants. | Case No. 15-CV-00846 YGR<br><br>**DECLARATION OF EXPERT RICHARD LICHTEN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Exhibit A *attached hereto*<br><br>*Before the Hon. Yvonne Gonzalez Rogers*<br><br>Date:   May 3, 2016<br>Time:   2:00 p.m.<br>Crtrm.: 1 (4th Floor, Oakland) |
|---|---|

### DECLARATION OF RICHARD LICHTEN

I, Richard Lichten, declare as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

2. I am a police and jail practices expert specializing in the procedures of police and jail practices and proper tactics, including proper procedures for the identification and handling of arrestees and inmates with medical needs.

3. I am a thirty-year law enforcement veteran. Twenty of my thirty years were in supervisor and management positions. I have 30 years of experience in patrol, detectives, narcotics, and large jails (over 4000 inmates). I have been qualified to testify an expert in United States District Court and in California Superior Court in police and jail practices.

4. Attached hereto as **"Exhibit A"** is my Rule 26 expert report in this case, which contains opinions I have formed regarding this matter after reviewing the listed materials.

5. STC refers to California Standards and Training for Corrections, which is a division of the California Board of State and Community Corrections established in 1980 to raise the level of competence of the state's local corrections personnel by developing selection and training standards to local corrections agencies statewide. Participation in STC is voluntary but opens the door to certain state funding.

6. POST refers to California Peace Officer Training and Standards, a government agency which sets minimum standards and best practices for peace officers in the state. The POST Learning Domains are taught to police officers at the Basic Academy and includes proper and reasonable methods that have proven effective for the safety and welfare of officers and the public.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this _8_ day of April, 2016 at _Valencia, California.

*Richard Lichten*