LAW OFFICES OF DALE K. GALIPO
  Dale K. Galipo (Bar No. 144074)
  dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:  (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
  John Fattahi, Esq. (Bar No. 247625)
  jfattahi@gmail.com
535 North Brand Boulevard, Suite 500
Glendale, California 91203
Telephone:  (818) 839-1983
Facsimile:  (818) 561-3600

*Attorneys for Plaintiff Stephany Borges*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANY BORGES, etc., | Case No. 15-CV-00846 YGR |
|---|---|
| Plaintiff, | **DECLARATION OF EXPERT BARRY GUSTIN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF EUREKA; et al., | Exhibit A *attached hereto* |
| Defendants. | *Before the Hon. Yvonne Gonzalez Rogers* |
| | Date:  May 3, 2016<br>Time:  2:00 p.m.<br>Crtrm.: 1 (4th Floor, Oakland) |

**DECLARATION OF BARRY GUSTIN**

I, Barry Gustin, declare as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

2. I am residency-trained and board-certified in Emergency Medicine and Forensic Medicine and have been actively practicing in the fields of Emergency Medicine, Toxicology, and Forensic Medicine for more than 30 years. I have additional training and expertise in Medical, Occupational, and Environmental Toxicology and have Masters Degrees in Biochemistry, Metabolism and Nutrition, as well as Toxicology and Public Health. I am the primary founder of

the American College of Forensic Medicine which currently has more than 2,000 members. I have reviewed thousands of medical malpractice, personal injury, criminal, and toxicology cases during his career. I also have substantial testimony experience as an expert witness.

3. Attached hereto as "**Exhibit A**" is my Rule 26 expert report in this case, which contains opinions I have formed regarding this matter after reviewing the listed materials.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 8 day of April, 2016 at Berkeley, California.

_____
Barry Gustin, M.D.