UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANY BORGES,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CITY OF EUREKA,** *et al.*,<br><br>    Defendants. | Case No.: 15-cv-00846 YGR<br><br>**ORDER RE: HEARING ON DEFENDANTS' DISPOSITIVE MOTIONS**<br><br>Re: Dkt. Nos. 67, 72, 76 |

Currently before the Court is counsel for Defendant City of Eureka's request to appear telephonically at the May 3, 2016 hearing on Defendants' pending motions for summary judgment (Dkt. No. 67) and to exclude expert testimony (Dkt. No. 72). Counsel's request is **DENIED WITHOUT PREJUDICE**.

The parties are hereby **ORDERED** to meet and confer regarding a mutually agreeable date(s) on which counsel for all parties are able to appear in person before the Court at a hearing on Defendants' motions. By no later than April 20, 2016, the parties shall submit a JOINT stipulation, with proposed order, to continue the hearing date to such mutually agreeable date(s).

This Order terminates Docket No. 76.

**IT IS SO ORDERED**.

Date: April 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**