LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (Bar No. 247625)
jfattahi@gmail.com
535 North Brand Boulevard, Suite 500
Glendale, California 91203
Telephone:    (818) 839-1983
Facsimile:    (818) 561-3600

*Attorneys for Plaintiff Stephany Borges*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF EUREKA; et al., <br><br> Defendants. | Case No. CV 15-00846-YGR <br><br> **RULE 56(D) DECLARATION OF JOHN FATTAHI IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> *Before the Hon. Yvonne Gonzalez Rogers* <br><br> Date:   May 3, 2016 <br> Time:   2:00 p.m. <br> Crtrm.:  1 (4th Floor, Oakland) <br><br> Pretrial Conference:  Jun. 24, 2016 <br> Trial Date:   Aug. 29, 2016 |

**DECLARATION OF JOHN FATTAHI**

I, John Fattahi, declare and state under penalty of perjury, as follows:

1. I am one of the attorneys of record for Plaintiff Stephany Borges. I have personal knowledge of the facts contained in this declaration and if called to testify I could and would competently testify thereto.

2. I am filing this Declaration under Rule 56(d) in opposition to Defendants' motion for summary judgment.

3. Rule 56(d) of the Federal Rules of Civil Procedure provides that "[i]f a nonmovant shows by declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it, (2) allow time to obtain affidavits or declarations or to take discovery, or (3) issue any other appropriate order."

4. Even though Plaintiff contends that there is already sufficient independent evidence to preclude summary judgment in City Defendants' favor, Plaintiff had intended to rely in part on declaration testimony by two non-party witnesses, Larry Madden and Kim Madden, to oppose City Defendants' motion for summary judgment. (*See* Pl.'s Responsive Separate Statement ¶¶ 10, 16, 95.) Weeks ago, draft declarations tracking recorded statements these witnesses gave to a District Attorney Investigator were mailed to their last known addresses, and telephone calls were made to their last known telephone numbers. No signed declarations, or responses of any kind, were received by the deadline of April 12, 2016. An investigator is currently attempting to locate the witnesses and obtain signed declarations to be submitted to the Court. If the declarations cannot be obtained in advance of the hearing date, and the Court concludes that the declarations are material to resolution of the motion, then Plaintiff would respectfully request that the Court either defer or deny the motion, or allow additional time to obtain the signed declarations, under Rule 56(d).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

1       Executed on April 15, 2016, at Glendale, California.

3                                                                    /s/ John Fattahi