UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES, etc.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA; et al.,<br><br>Defendants. | Case No. CV 15-00846-YGR<br><br>[Proposed] ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT AND PRETRIAL DATES<br><br>*AS MODIFIED BY THE COURT* |

### [Proposed] ORDER

Having considered the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

The dates and deadlines previous set in this action are modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Summary Judgment Motion Hearing | June 14, 2016 | June 28, 2016 at 2:00 p.m. |
| Compliance Hearing | June 3, 2016 | July 27, 2016 at 9:01 a.m. |
| Joint Pretrial Conference Statement | June 10, 2016 | August 5, 2016 |
| Pretrial Conference | June 24, 2016 | August 19, 2016 at 9:30 a.m. |
| Jury Trial | | to remain August 29, 2016 |

The parties are advised that the trial date of August 29, 2016 is likely to change due to the Court's criminal trial currently scheduled to last through August of this year.

**IT IS SO ORDERED.**

DATED: April 28, 2016

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

Case No. CV 15-00846-YGR
ORDER