UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANY BORGES,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**CITY OF EUREKA,** *et al.*,<br><br>　　　　Defendants. | Case No.: 15-cv-00846 YGR<br><br>**ORDER STAYING CASE; DENYING PENDING MOTIONS WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 67, 72, 77, 105 |

On June 28, 2016, the parties filed a stipulation to stay this case and vacate all currently scheduled dates pending the decision of the *en banc* panel in *Castro v. Cnty. of Los Angeles*, 797 F.3d 654 (9th Cir. 2015), *reh'g en banc granted*, 809 F.3d 536 (9th Cir. 2015).  (Dkt. No. 105.)  Good cause showing, the Court **GRANTS** the parties' stipulation.  The Clerk is directed to **STAY** this case and **VACATE** all dates.

In light of the potential impact of the *en banc* panel's decision on defendants' pending motions, and in the interests of judicial economy, the Court **DENIES WITHOUT PREJUDICE** the dispositive motions (Dkt. Nos. 67, 72) and related administrative motion to seal (Dkt. No. 77).  The parties are **ORDERED** to file a notice advising the Court within five (5) business days following issuance of the *en banc* panel's decision.  Upon receipt of the parties' notice the Court will schedule a Case Management Conference to discuss the need for further briefing on the previously filed motions, if any, and to set dates for briefing and oral argument accordingly.

This Order terminates Docket Numbers 67, 72, 77, and 105.

**IT IS SO ORDERED**.

Date: June 29, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**