# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 12/13/16 | **Time:** 2:12pm-3:46pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-00846-YGR | **Case Name:** Borges v. City of Eureka | |

**Attorney for Plaintiff:** John Fattahi
**Attorney for Defendant:** Nancy Delaney and Nicholas Kloeppel for Defendant Humboldt County and County Defendants; Adrienne Moran for Defendant City of Eureka and City Defendants

**Deputy Clerk:** Frances Stone                                    **Court Reporter:** Diane Skillman

## PROCEEDINGS

MOTION for Summary Judgment */Summary Adjudication* filed by Leo Basler, Terri Bittner, County of Humboldt, Michael Downey, Tim Hammer, Tim Hershberger, David Swim.
**[Dkt. no. 67]- HELD and SUBMITTED**

MOTION to Exclude Expert Testimony (Federal Rules of Evid. 702) filed by David Swim
**[Dkt, No. 72]- HELD and SUBMITTED**