UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES, etc.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA; et al.,<br><br>Defendants. | Case No. CV 15-00846-YGR<br><br>**[Proposed] ORDER DISMISSING CFMG DEFENDANTS** |

### ORDER

Having considered the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's claims against Defendants California Forensic Medical Group, Incorporated, Ann Hampton, and Robert Eury are hereby dismissed.

**IT IS SO ORDERED.**

DATED: February 14, 2017

HON. YVONNE GONZALEZ ROGERS
United States District Judge

Case No. CV 15-00846-YGR
ORDER