LAW OFFICES OF DALE K. GALIPO
  Dale K. Galipo, (Bar No. 144074)
  dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
  John Fattahi, Esq. (Bar No. 247625)
  jfattahi@gmail.com
535 North Brand Boulevard, Suite 500
Glendale, California  91203
Telephone:    (818) 839-1983
Facsimile:    (818) 561-3600

*Attorneys for Plaintiff Stephany Borges*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES, etc.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT,<br><br>Defendants. | Case No. CV 15-00846-YGR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 8 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING THE CIRCUMSTANCES OF EXPERT LICHTEN'S RETIREMENT FROM LASD**<br><br>*Before the Hon. Yvonne Gonzalez Rogers*<br><br>FPTC:       July 14, 2017<br>Time:       8:00 a.m.<br>Ctrm:       1 (Oakland)<br><br>Trial Date: August 21, 2017<br>Time:       8:00 a.m.<br>Ctrm:       McKinleyville |

## MEMORANDUM OF POINTS AND AUTHORITIES

This Motion seeks to exclude evidence or argument regarding the circumstances of Plaintiff's jail procedures expert Richard Lichten's retirement from the Los Angeles Sheriff's Department. Lichten is a 30 year law enforcement veteran with extensive experience in jail procedures. He has testified numerous times as a jail practices expert in federal civil rights actions. Lichten took a normal retirement from his long career in the Los Angeles County Sheriff's Department in 2008. However, at the time of his retirement, a civilian employee of the Sheriff's Department had accused him of engaging in an improper relationship with her. There was no investigation and no discipline. Evidence regarding the circumstances of Lichten's retirement is irrelevant to the material issues for trial, and ultimately would waste the Court's time. The only possible reason for Defendants to introduce such evidence or argument would be to attack Lichten's character, because the circumstances of his retirement have nothing to do with his expert testimony or the issues in this case.

Even assuming *arguendo* that there was some potential probative value of this evidence, it would be greatly outweighed by the risk of unfair prejudice, confusing the issues, misleading the jury, undue delay, and wasting time and should be excluded under Rule 403. Such inflammatory evidence would obviously unfairly prejudice Plaintiff and Plaintiff would be forced to introduce additional evidence to counter such evidence, which has no conceivable bearing on the issues at hand. Accordingly, the Court should exclude evidence or argument concerning the circumstances of Lichten's retirement from LASD.

DATED: June 16, 2017            LAW OFFICE OF JOHN FATTAHI


                                By_____/s/ John Fattahi_____
                                    John Fattahi
                                    *Attorneys for Plaintiff*