**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEPHANY BORGES,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**COUNTY OF HUMBOLDT, MICHAEL DOWNEY, TIM HERSHBERGER, TERRI BITTNER, TIM HAMMER AND DAVID SWIM**<br><br>　　　　**Defendants.** | Case No.: 15-cv-00846 YGR<br><br>**PRETRIAL ORDER NO. 2 REGARDING FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 1** |

Pursuant to Pretrial Order No. 1, (Dkt. No. 137), and the telephonic conference with the parties held on July 5, 2017, the Court **ORDERS** as follows:

1. The parties have failed to comply with Pretrial Order No. 1, ¶ 7.f, which requires the parties to file all jury instructions by **June 30, 2017**. The parties shall file **all** relevant and/or potential jury instructions by **Monday, July 10, 2017**, or shall be deemed to have waived any such requests. (See *Id*. at ¶ 7.f.)

2. Plaintiff has failed to comply with Pretrial Order No 1, ¶ 7.e, which requires plaintiff to provide copies of designated audio visual excerpts to defendants by **June 30, 2017**. Plaintiff shall provide plaintiff's designated audio visual excerpts to defendants by **Friday, July 7, 2017**.

3. Defendants shall file objections to plaintiff's audio visual excerpts by **Monday, July 10, 2017**.

4. The final Pretrial Conference shall be held on **Friday, August 18, at 8:00 a.m.** at the United States Courthouse located at 3140 Boeing Avenue in McKinleyville, CA.

5. Jury selection shall be conducted on **Friday, August 18, at 9:30 a.m.** at the United

States Courthouse located at 3140 Boeing Avenue in McKinleyville, CA.

6. The parties shall be prepared to present opening statements on **Friday, August 18**. If the Court determines that there is insufficient time to hear opening statements on that day, opening statements will be presented on **Monday, August 21**.

**IT IS SO ORDERED.**

Dated: July 6, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**