UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES, <br><br>    Plaintiff, <br><br>    v. <br><br>COUNTY OF HUMBOLDT, MICHAEL DOWNEY, TIM HERSHBERGER, TERRI BITTNER, TIM HAMMER AND DAVID SWIM <br><br>    Defendants. | Case No.: 15-cv-00846 YGR <br><br>**PRETRIAL ORDER NO. 6: REGARDING ORDER TO SHOW CAUSE AND OBJECTIONS** <br><br>**Exhibit 26** |

In light of the parties' submissions in response to Pretrial Order No. 5, (Dkt. No. 211), the Court **ORDERS** as follows:

1. Defendants filed five proposed supplemental jury instructions on July 31, 2017. (*See* Dkt. No. 214.) Defendants are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $250 for failure to comply with Pretrial Order Nos. 1 (Dkt No. 137, ¶ 1.f (ordering parties to "file all jury instructions by June 30, 2017")) and 2 (Dkt. No. 201, ¶ 1 (noting the parties' failure to comply with Pretrial Order No. 1 and ordering the parties to "file *all* relevant and/or potential jury instructions" by July 10, 2017 (emphasis in original))), especially in light of the substantive hearing already conducted on proposed jury instructions on Wednesday, July 26, 2017. The Court notes that this is now a repeated violation. A hearing on this Order to Show Cause will be held on **Monday, August 21, 2017, at 9:10 a.m.** at the United States Courthouse located at 3140 Boeing Avenue in McKinleyville, CA. By no later than **Monday, August 7, 2017**, defendants shall file a written response showing cause.

//

2. Defendants' objections to Exhibit 28 are **OVERRULED**. The Court will consider an instruction to be given prior to its introduction. The parties shall each file proposals by **Monday, August 7, 2017**.

**IT IS SO ORDERED.**

Dated: August 3, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**