UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(Held in McKinleyville Courthouse)

**JURY TRIAL MINUTE ORDER**

Case No.  15-cv-00846-YGR                               Case Name:  Borges v. County of Humboldt, et al.

Date: **August 21, 2017**     Time:  8:00 am-10:00am; 10:16am-12:03pm; [counsel 12:03pm-12:07pm] ; 12:50pm- 2:39pm;[counsel 2:50pm-2:54pm]; 2:55pm - 4:28pm [counsel 4:29pm-4:41pm]

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone                                            **Court Reporter**: Raynee Mercado

**COUNSEL FOR PLTF**:                                **COUNSEL FOR DEFT**:

Dale Galipo and John Fattahi                       Nancy Delaney and Nicholas Kloeppel

Voir Dire Began: 8/18/2017                          Jury Trial began: 8/21/17

**Further Trial: Tuesday, 8/22/17 at 8:30am** .  **Counsel to be present at 8:00AM.**

**TRIAL MOTIONS HEARD**:               **DISPOSITION:**

Defense Oral Motion to Dismiss Sheriff Downey- DENIED

**PROCEEDINGS:**

Case called. Discussion with counsel Jury enters courtroom . Court **gives Preliminary Instructions to the Jury.** Plaintiff Attorney Dale Galipo gives **Opening** Statement.  Defendant Attorney Nancy Delaney gives **Opening** Statement .  Recess. Discussion with counsel. Recess for counsel.  Jury enters courtroom. Plaintiff Attorney Galipo calls **witness David Swim** for Direct. Defense Attorney Delaney Cross of Swim. Plaintiff Redirect.  Defense Re-Cross of witness Swim.  RECESS FOR LUNCH.  Discussion with counsel. Recess. Judge enters courtroom. Jury enters courtroom. Plaintiff Attorney Galipo calls **witness Terri Bittner** for Direct.  Defendant cross of witness Bittner. Plaintiff Attorney Galipo Redirect of witness Bittner.  RECESS. Discussion with counsel.  Jury enters courtroom. Plaintiff attorney Galipo calls witness **Michael Stelzig** for Direct. Defendant Attorney Delaney Cross of witness Stelzig. Redirect. Re-cross. RECESS FOR JURY FOR THE DAY. Discussion with counsel.  RECESS FOR COUNSEL FOR THE DAY**. Further Jury Trial set Tuesday, 8/22/2017 at 8:30am ; Counsel to be present at 8:00am**.

**EXHIBITS ADMITTED IN EVIDENCE:Plaintiff: 7,8,16,17,18,19, Video 30-17; Video 30-20; Video 29B; Video 28; 29A.**