1

2

3

4

5

6

7             UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9

10   STEPHANY BORGES, individually and as          CASE NO.: 15-CV-00846 YGR
     successor-in-interest to Daren Borges,

11                                                 **JUDGMENT ON SPECIAL VERDICT**
              Plaintiff,

12   vs.

13   COUNTY OF HUMBOLDT,
     SHERIFF MICHAEL DOWNEY,

14   TIM HERSHBERGER, TERRI BITTNER,
     TIM HAMMER and DAVID SWIM,

15
              Defendants.

16   _____

17

18          This action came on regularly for trial on August 18, 2017, in Courtroom 1 of the United

19   States District Court, Northern District of California, Eureka Division, Honorable Yvonne

20   Gonzalez Rogers, presiding.  The Plaintiff in this Case, No. CV 15-00846-YGR, Stephany

21   Borges, individually and as successor-in-interest to Daren Borges, was represented by Dale K.

22   Galipo and John Fattahi.  Defendants County of Humboldt, David Swim, Terri Bittner, Tim

23   Hammer, Tim Hershberger and Michael Downey were represented by Nancy K. Delaney,

24   Nicholas R. Kloeppel and Amy A. Hunt of Mitchell, Brisso, Delaney & Vrieze.

25

26

1

A jury of eight persons was regularly empaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence, the jury was instructed by the Court and the Case was submitted to the jury.  The parties stipulated that all individual defendants acted in the course and scope of their public employment. The jury deliberated and thereafter returned into Court with its special verdict as follows:

<u>Verdict Form</u>

First Claim

Did Stephany Borges establish that the defendant listed below deprived Daren Borges of his rights to adequate medical care in violation of the Due Process Clause of the Fourteenth Amendment:

| | | |
|---|---|---|
| Tim Hershberger | _____ Yes | __X__ No |
| Terri Bittner | __X__ Yes | _____ No |
| Tim Hammer | __X__ Yes | _____ No |
| David Swim | __X__ Yes | _____ No |

Proceed to the **Second Claim**

Second Claim

Did Stephany Borges establish that the defendant listed below deprived her of the right to be free from interference with familial association in violation of the Fourteenth Amendment:

| | | |
|---|---|---|
| Tim Hershberger | _____ Yes | __X__ No |
| Terri Bittner | _____ Yes | __X__ No |
| Tim Hammer | _____ Yes | __X__ No |
| David Swim | _____ Yes | __X__ No |

If you answered "Yes" to any question under the **First Claim** or the **Second Claim** then proceed to the **Third Claim**.

Alternatively, if you answered "No" to all defendants under the **First Claim** and the **Second Claim** proceed to the **Fourth Claim**.

Third Claim

Did Stephany Borges establish that the County of Humboldt is liable under Section 1983 as a result of either: (a) an official policy, practice, or custom, or (b) the failure to train:

  X  Yes              No

Did Stephany Borges establish that Michael Downey is liable under Section 1983 as a supervisor:

     Yes           X    No

Proceed to the **Fourth Claim.**

Fourth Claim

Did Stephany Borges establish that the defendant listed below deprived Daren Borges of his rights to have medical care summoned in violation of California Government Code Section 845.6:

Tim Hershberger       Yes    X   No

Terri Bittner    X Yes        No

Tim Hammer    X Yes        No

David Swim    X Yes        No

If you answered "Yes" to any question under any of the Claim (**First, Second, Third or Fourth**) then proceed to **Damages**. Alternatively, if you answered "No" to all of the Claims, please **sign and date** the last page of this verdict form, then return to the Court.

3

Damages

We, the jury, award damages in the following amount:

$2,500,000.00"

<u>Special Verdict Form</u>

For any defendant for whom you answered "Yes" for the **First Claim** and/or the **Second Claim**, do you find by a preponderance of the evidence that the defendant engaged in the conduct with malice, oppression, or reckless disregard of Stephany Borges' or Daren Borges' rights:

Tim Hershberger       _____Yes       _____ No    __X__ Not applicable

Terri Bittner       _____Yes      _X__ No    _____ Not applicable

Tim Hammer       _____Yes      _X__ No    _____ Not applicable

David Swim       _____Yes      _X__ No    _____ Not applicable"


NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that: Plaintiff Stephany Borges shall recover the sum of $2,500,000.00 from Defendants County of Humboldt, Terri Bittner, Tim Hammer, and David Swim, plus post-judgment interest, costs, and attorneys' fees as provided by law. Plaintiff shall file any application for costs or attorneys' fees within 35 days of entry of judgment, or within 7 days of the filing of any reply in support of any Rule 50(b) motion, whichever is later.

//
//
//
//
//
//
//

IT IS ALSO ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing from Defendants Timothy Hershberger and Michael Downey, and all claims against said defendants are dismissed. Plaintiff shall take nothing on her claims for interference with familial association under the Fourteenth Amendment, and all such claims are dismissed. Plaintiff shall take nothing on her prayer for punitive damages, and any claim for such damages is dismissed.

DATED: October 30, 2017

Honorable Yvonne Gonzalez Rogers
United States District Court

APPROVED AS TO FORM:

By:    /s/ Nancy K. Delaney
        Nancy K. Delaney, Attorneys for County Defendants