UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANY BORGES, individually and as successor-in-interest to Daren Borges,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT,<br>SHERIFF MICHAEL DOWNEY,<br>TIM HERSHBERGER, TERRI BITTNER,<br>TIM HAMMER and DAVID SWIM,<br><br>　　　　Defendants. | CASE NO.: 15-CV-00846 YGR<br><br>[Proposed] AMENDED JUDGMENT |

Pursuant to the Stipulation of the parties, and good cause appearing, NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that: Plaintiff Stephany Borges shall recover the sum of $2,500,000.00 from Defendant County of Humboldt.

IT IS ALSO ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing from Defendants Terri Bittner, Tim Hammer, David Swim, Timothy Hershberger, and Michael Downey, and all claims against said defendants are dismissed.

DATED: June 6, 2018

/s/ Yvonne Gonzalez Rogers
Honorable Yvonne Gonzalez Rogers
United States District Court

APPROVED AS TO FORM:

    PORTER SCOTT PC

By:   */s/ John R. Whitefleet*
      John R. Whitefleet, Attorneys for County Defendants